IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BYRON UDELL & ASSOCIATES, INC. D/B/A ACCUQUOTE<br><br>AND<br><br>BROKERCALLS LLC,<br><br>*Defendants.* | Case No.: 1:24-cv-13267 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Francis X. Nolan, IV, an attorney with the law firm of Eversheds Sutherland (US) LLP, hereby respectfully enters his appearance for Defendant Byron Udell & Associates, Inc. d/b/a AccuQuote, in this action and requests that all subsequent papers be served upon him at the address listed below.

Dated: New York, New York
January 13, 2025

Respectfully submitted,

*/s/ Francis X. Nolan, IV*
Francis X. Nolan, IV
**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile: (212) 389-5099
franknolan@eversheds-sutherland.com

*Attorney for Defendant Byron Udell & Associates, Inc.
d/b/a AccuQuote*