IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BYRON UDELL & ASSOCIATES, INC. D/B/A ACCUQUOTE<br><br>AND<br><br>BROKERCALLS LLC,<br><br>*Defendants.* | Case No.: 1:24-cv-13267-SLE |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant Byron Udell & Associates, Inc. d/b/a AccuQuote ("AccuQuote"), by and through its undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for a 45-day extension of time to file its response to Plaintiff's Class Action Complaint, upon the grounds set forth below:

1. The Class Action Complaint ("Complaint") was filed on December 27, 2024.

2. AccuQuote was served with the Complaint on December 31, 2024, and its response is due January 21, 2025.

3. AccuQuote requests a 45-day extension of time to respond to the Complaint, up to and including March 7, 2025, to further investigate the claims alleged in the Complaint.

4. Plaintiff does not oppose AccuQuote's request for an extension of time.

5. This is AccuQuote's first request for an extension of time.

1

6. This request is made in good faith, and not for the purpose of delay, and the requested extension will not prejudice any party, nor this Court.

WHEREFORE, Defendant AccuQuote requests that the foregoing motion for extension of time to answer be granted.

Dated: New York, New York
January 13, 2025

Respectfully submitted,

/s/ Francis X. Nolan, IV
Francis X. Nolan, IV
**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile: (212) 389-5099
franknolan@eversheds-sutherland.com

*Attorney for Defendant Byron Udell & Associates, Inc. d/b/a AccuQuote*