# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. |
| Plaintiff, | : : | 1:24-cv-13267 |
| v. | : : | **NOTICE OF DISMISSAL** |
| BYRON UDELL & ASSOCIATES, INC. D/B/A ACCUQUOTE | : : : | **JURY TRIAL DEMANDED** |
| AND | : : | |
| BROKERCALLS LLC Defendants. | | |

Plaintiff Wesley Newman, by his undersigned counsel, hereby voluntarily dismisses this action, without prejudice, as to all Defendants, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this February 14, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: February 14, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.